| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial)

MARTIN, JOHN S., JR. | Court or Organization

United States District Court for the Southern District of New York | Date of Report

1/25/90 |
|---|---|---|
| Title

United States District Judge | Date of Entry/Nomination/Termination (only if initial or final report)

January 24, 1990 | Reporting Period (Calendar year, or inclusive dates)

1989 |
| Home or office address

Puritan Road
Rye, New York 10580 | c/o Schulte Roth & Zabel
900 Third Avenue
New York, New York 10022 | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

POSITION        NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions)

| Partner | Schulte Roth & Zabel (law firm) |
|---|---|
| Trustee | School of the Holy Child |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

DATE        PARTIES AND TERMS

☐ NONE (No reportable agreements)

Under the partnership agreement of Schulte Roth & Zabel, I am entitled to at least 50% and up to 100% of my average annual income earned in three of the last 5 years in which my income was the highest, which amount is to be paid over a five-year period. The decision as to the exact percentage rests in the discretion of the firm's Executive Committee which also has discretion to reduce the amount due by the amount I earned during that 5-year period.

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

DATE (Honoraria only)        SOURCE AND TYPE        GROSS INCOME (yours, not spouse's)

☐ NONE (No reportable non-investment income)

| | | |
|---|---|---|
| 1 | Schulte Roth & Zabel - share of partnership income | $ 633,733. |
| 2 | School of the Holy Child - raffle prize | $ 300. |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JOHN S. MARTIN, JR. | Date of Report<br>1/25/90 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [x] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [x] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [x] NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOHN S. MARTIN, JR. | 1/25/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Citibank (J) | E | int. | O | T | | | | | | |
| 2 Manufacturers Hanover (J) | D | int. | M | T | | | | | | |
| 3 Irving Trust (J) | D | int | K | T | | | | | | |
| 4 B & McG Holdings | C | int. | O | R | | | | | | |
| 5 Sanford Bernstein - Govt. Short Duration Fund | B | int. | M | T | | | | | | |
| 6 Sanford Bernstein - New York Municipal Fund | C | int. | N | T | | | | | | |
| 7 Schulte Roth & Zabel - Firm Capital | F | int. | O | T | | | | | | |
| 8 Weiss Peck & Greer Tudor Fund | C | cap. gain | | A | sold | 5/9 | T | C | | |
| 9 Weiss Peck & Greer WPG Fund | C | cap. gain | | A | sold | 5/9 | T | C | | |
| 10 Vanguard Money Market Fund | F | int. | O | T | | | | | | |
| 11 Weiss Peck & Greer Money Market | E | int. | O | T | | | | | | |
| 12 Citibank (D.C.) | B | int. | K | T | | | | | | |
| 13 Loew's Companies, Inc. | A | div. | K | T | | | | | | |
| 14 Amer. Int'l Group | A | div. | K | T | | | | | | |
| 15 American Express | B | div. | L | T | | | | | | |
| 16 Aetna Life | B | div. | K | T | | | | | | |
| 17 Cigna Corp. | B | div. | L | T | | | | | | |
| 18 Lincoln Nat'l Corp. | B | div. | K | T | | | | | | |
| 19 Chase Manhattan | B | div. | K | T | | | | | | |
| 20 Aluminum Co. of America | B | div. | L | T | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
  E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000

2 Value Codes: J = exempt ($0 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
  N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

3 Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market
  U = Book value   V = Other   W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JOHN S. MARTIN, JR. | Date of Report<br>1/25/90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code<br>(J-P) | Value<br>Method<br>Code<br>(Q-W) | Type<br>(e.g., sold) | Date:<br>Month-<br>Day | Value<br>Code<br>(J-P) | Gain<br>Code<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Stone Container | A | div. | K | T | | | | | | |
| 2 Carpenter Technology | A | div. | K | T | | | | | | |
| 3 Union Carbide | A | | J | T | | | | | | |
| 4 Caterpillar Inc. | B | div. | L | T | | | | | | |
| 5 McDonnell Douglas | A | div | K | T | | | | | | |
| 6 Digital Equipment | A | | L | T | | | | | | |
| 7 Hewlett Packard | A | | K | T | | | | | | |
| 8 Int'l Business Machines | B | div. | L | T | | | | | | |
| 9 Unisys | A | | K | T | | | | | | |
| 10 Air Transport | A | | | | | | | | | |
| 11 U.S. Air | A | | K | T | | | | | | |
| 12 Halliburton Co. | B | div. | L | T | | | | | | |
| 13 McDermott Int'l | A | | K | T | | | | | | |
| 14 Schlumberger Ltd. | B | div. | K | T | | | | | | |
| 15 First Chicago | B | div. | | | sell | 5/17 | | | | |
| 16 Unocal | B | div. | | | sell | 9/29 | | | | |
| 17 Chemical Bank | B | div. | K | T | | | | | | |
| 18 Manufacturers Hanover | B | div. | K | T | | | | | | |
| 19 Bank of Boston | B | div. | K | T | | | | | | |
| 20 Barnett Bank | A | div. | K | T | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
   E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
   N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000
3 Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market
   U = Book value   V = Other   W = Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| JOHN S. MARTIN, JR. | 1/25/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Intergraph Corp. | A | | K | T | | | | | | |
| 2 First Interstate Bank Corp. | B | div. | L | T | | | | | | |
| 3 Security Pacific | B | div. | L | T | | | | | | |
| 4 Shawmut Nat'l Corp. | A | div. | K | T | | | | | | |
| 5 Houston Industries | B | div. | K | T | | | | | | |
| 6 Niagra Mohawk | B | div. | L | T | | | | | | |
| 7 Dow Jones & Co. | A | div. | L | T | | | | | | |
| 8 Bristol Myers | A | div. | K | T | | | | | | |
| 9 Baxter Int'l | A | div. | L | T | | | | | | |
| 10 Brunswick Corp. | A | div. | K | T | | | | | | |
| 11 Chrysler Corp. | B | div. | L | T | | | | | | |
| 12 Philip Morris | B | div. | L | T | | | | | | |
| 13 Ford Motor | A | div. | L | T | | | | | | |
| 14 General Motors | B | div. | L | T | | | | | | |
| 15 Charming Shoppes Inc. | A | div. | K | T | | | | | | |
| 16 Melville Corp. | B | div. | L | T | | | | | | |
| 17 Alcan Aluminum | B | div. | L | T | | | | | | |
| 18 Dayton Hudson Corp. | B | div. | | | sold | 8/15 | | | | |
| 19 AT&T | A | | K | T | | | | | | |
| 20 Sanford C. Bernstein & Co. | C | int. | F | T | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| JOHN S. MARTIN, JR. | 1/25/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 American Telephone & Telegraph (W) | A | | K | T | | | | | |
| 2 Bell Atlantic (W) | A | | J | T | | | | | |
| 3 Bell South (W) | A | | K | T | | | | | |
| 4 NYNEX (W) | A | | J | T | | | | | |
| 5 Pacific Telesis (W) | A | | K | ·T | | | | | |
| 6 Southwestern Bell (W) | A | | K | T | | | | | |
| 7 U.S. West (W) | A | | J | T | | | | | |
| 8 Ameritech (W) | A | | K | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

## 343

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JOHN S. MARTIN, JR. | Date of Report<br>1/25/90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☒ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date _____1/25/90_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google